IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Weathers, Chereese

Printed: 7/22/08

Case Number: 06 B 11062
Judge: Wedoff, Eugene R
Filed: 9/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: November 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,515.00 |  |
| Secured: |  | 7,346.87 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 700.00 |
| Trustee Fee: |  | 438.99 |
| Other Funds: |  | 29.14 |
| Totals: | 8,515.00 | 8,515.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 700.00 | 700.00 |
| 2. | DRG Limited Partnership | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 9,903.58 | 4,800.00 |
| 4. | James M Philbrick | Secured | 500.00 | 500.00 |
| 5. | DRG Limited Partnership | Secured | 18,337.15 | 2,046.87 |
| 6. | United Student Aid Funds Inc | Unsecured | 1,993.18 | 0.00 |
| 7. | Monroe & Main | Unsecured | 23.74 | 0.00 |
| 8. | Ginny's | Unsecured | 16.95 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 26.80 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 17.14 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 1,152.81 | 0.00 |
| 12. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 17.75 | 0.00 |
| 14. | Capital One | Unsecured | 122.39 | 0.00 |
| 15. | Chase Bank | Unsecured | 25.10 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 31.98 | 0.00 |
| 17. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 18. | Newport News | Unsecured |  | No Claim Filed |
| 19. | Northwest Collectors | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,868.57 | $ 8,046.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 182.15 |
| 5.4% | 235.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Weathers, Chereese | Case Number: 06 B 11062 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 9/6/06 |

                        6.5%                     20.86
                                          _____
                                          $ 438.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

